## People of the State of Illinois, Plaintiff-Appellee, v. John Adams, Defendant-Appellant.

### Gen. No. 48,782.

First District, Second Division.

October 23, 1962.

Charles L. Michod, of Chicago, for appellant; Daniel P. Ward, of Chicago (Rudolph L. Janega and Edwin J. Belz, of counsel), for appellee. Opinion by MR. JUSTICE BURKE. Not to be published in full.